ACCEPTED
12-17-00294-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/29/2017 3:43 PM
Pam Estes
CLERK

NO. 12-17-00294-CR

| | | |
|---|---|---|
| EMMETT ASBURY | § | IN THE COURT OF APPEALS |
| VS. | § | FOR THE TWELFTH |
| THE STATE OF TEXAS | § | DISTRICT OF TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/29/2017 3:43:19 PM
PAM ESTES
Clerk

## MOTION TO WITHDRAW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, MELISSA L. HANNAH, Attorney of record for EMMETT ASBURY, Appellant in the above entitled and numbered appeal who files this motion to withdraw as such attorney, and for such motion would respectfully show the Court the following:

I.

Appellant's counsel has filed contemporaneously with this motion a brief in compliance with *Anders v. California* 386 U.S. 738, 18 L.Ed.2d 493,87 S.Ct. 1396 (1967). A copy of the complete record has been furnished to Appellant.

II.

In accordance with the provisions of *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008), Movant requests that upon consideration of said brief, he be allowed to withdraw so that Appellant may file, if he so chooses, a pro se brief.

Wherefore, it is respectfully requested that the undersigned counsel be granted permission to with draw as attorney of record for Appellant.

Respectfully submitted,

_____
Melissa L. Hannah
State Bar No. 24035530
204 E. Lufkin Ave.
Lufkin, Texas 75901
Telephone:  (936)632-6350
Facsimile:  (936)632-6355
Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served on Appellant and Bennie Schiro, District Attorney, the attorney of record for the State, on November 29 2017.

_____
Melissa L. Hannah